| | |
|---|---|
| 1 | Zheng "Andy" Liu (SBN 279327) |
| 2 | Lauren Quan (SBN 331586) |
|   | *(Application for admission forth coming)* |
| 3 | Jingyi Guo (SBN 335448) |
|   | *(Application for admission forth coming)* |
| 4 | 1660 S Amphlett Blvd Suite 315 |
| 5 | San Mateo, CA 94402 |
|   | Telephone: 650.475.6289 |
| 6 | Facsimile: 510.987.8411 |
| 7 | Email: Andy.liu@aptumlaw.us |
|   | *Attorneys for Plaintiff* |
| 8 | *ShenZhen JingPinCheng* |
|   | *Electronic Technology Co., Ltd.* |

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ShenZhen JingPinCheng Electronic Technology Co., Ltd., | Case No: 3:21-cv-01393-GPC-RBB |
| Plaintiff, | **PROOF OF SERVICE OF SUMMONS AND COMPLAINT** |
| v. | |
| Blisslights, LLC, Blisslights, Inc., Bliss Holdings, LLC, and Does 1-10, | |
| Defendants. | |

Civil Action No. __21cv1393-GPC-RBB__                                            Date Issued: __8/3/21__

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* __BlissLights, LLC__ was received by me on *(date)* __08/03/2021__.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of the individual)* __Mai at Cogency Global Inc.__, who is designated by law to accept service of process on behalf of *(name of organization)* __BlissLights, LLC__ on *(date)* __08/04/2021__ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ __0__ for travel and $ __0__ for services, for a total of $ __0__. I declare under penalty of perjury that this information is true.

Date: __08/04/2021__

*Server's Signature*

Jingyi Guo
*Printed name and title*

3126 Albany Cir, Davis, CA 95618
*Server's address*

---

**NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE JUDGE**

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE JUDGE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT.  ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE JUDGE WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGMENTS OF THE U.S. MAGISTRATE JUDGES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.