Case 3:21-cv-01393-LL-RBB   Document 39   Filed 08/17/22   PageID.669   Page 1 of 1



# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ShenZhen JingPinCheng Electronic Technology Co., Ltd. | Civil Action No.  21-cv-01393-LL-RBB |
| **Plaintiff,** | |
| V. | |
| Blisslights, Inc. ; Bliss Holdings LLC ; Does 1-10 | **JUDGMENT IN A CIVIL CASE** |
| **Defendant.** | |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

Defendants Blisslights, Inc., Bliss Holdings, LLC, and Doe Defendants 1-10 are DISMISSED WITHOUT PREJUDICE. Defendant Blisslights, LLC's Motion to Dismiss Plaintiff's First Amended Complaint [ECF No. 31] is GRANTED. Counts I-III of the FAC, seeking declaratory relief, are DISMISSED WITH PREJUDICE. Pursuant to 28 U.S.C. § 1367(c)(3), the Court declines to exercise supplemental jurisdiction over Plaintiff's state law claims. Counts IV and V of the FAC are DISMISSED WITHOUT PREJUDICE to refiling in state court. The Court DENIES leave to amend the FAC. Case is closed.

| | |
|---|---|
| **Date:**      8/17/22 | **CLERK OF COURT**<br>**JOHN MORRILL, Clerk of Court**<br>By:  s/  D.Frank |
| | D.Frank, Deputy |